IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02912-BNB

JACQUES RICHARDSON,

    Plaintiff,

v.

TOM CLEMENTS,
SUSAN BUTLER,
JOHN DAVIS,
DAVE COTTEN,
T. FISHER, Dr.,
KERRY BARONI, and
DEBBIE CAMPBELL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 6) is **granted**.  Plaintiff shall file an amended complaint **on or before December 26, 2012.**  It is

    FURTHER **ORDERED** that Plaintiff's Motion for Appointment of Counsel (ECF No. 5) is **denied as premature**.

Dated:  November 26, 2012