**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02912-REB-CBS

JACQUES RICHARDSON,,

    Plaintiff,
v.

SUSAN BUTLER,
JOHN DAVIS,
DAVE COTTEN,
DR. T. FISHER,
KERRI BARONI, and
DEBBIE CAMPBELL,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE of Judge Robert E. Blackburn entered on March 24, 2015 it is ORDERED that Plaintiff JACQUES RICHARDSON, recovers nothing, the action is dismissed on the merits, and Defendant SUSAN BUTLER, JOHN DAVIS, DAVE COTTEN, DR. T. FISHER, KERRI BARONI, and DEBBIE CAMPBELL, are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 24th day of March, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/  K. Finney

                K. Finney
                Deputy Clerk